■ The People of the State of New York, Respondent, v Christopher Young, Appellant. (Appeal No. 1.) The People of the State of New York, Respondent, v Christopher Young, Appellant. (Appeal No. 2.) [17 NYS3d 334]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Carni, Whalen and DeJoseph, JJ.

■ The People of the State of New York, Respondent, v Shawn K. Williams, Appellant. [17 NYS3d 334]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Peradotto, Whalen and DeJoseph, JJ.

■ The People of the State of New York, Respondent, v Benjamin Switzer, Appellant. [17 NYS3d 335]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Peradotto, Carni, Whalen and DeJoseph, JJ.

■ The People of the State of New York, Respondent, v Ahmir Cole, Appellant. [17 NYS3d 335]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Carni, Lindley and DeJoseph, JJ.

■ The People of the State of New York, Respondent, v Carlos Peterson, Appellant. [17 NYS3d 335]—Motion for reargument denied. Present—Scudder, P.J., Centra, Peradotto, Carni and Whalen, JJ.

■ The People of the State of New York, Respondent, v Paul A. Osborne, Appellant. [17 NYS3d 335]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Peradotto, Lindley and Valentino, JJ.

■ The People of the State of New York, Respondent, v Stuart J. Dizak, Appellant. [17 NYS3d 336]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Carni, Whalen and DeJoseph, JJ.

■ The People of the State of New York, Respondent, v Perry Griggs, Appellant. [17 NYS3d 336]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Peradotto, Lindley, Whalen and DeJoseph, JJ.

■ The People of the State of New York, Respondent, v Vernon L. Carter, Appellant. [17 NYS3d 336]—Motion for writ of error coram nobis denied. Present—Peradotto, J.P., Carni, Lindley, Whalen and DeJoseph, JJ.